IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **VS.** | *   CR. NO. 04-00175-CG |
| **ANTHONY SAFFORD KING,** | * |
| Defendant. | * |

## ORDER

This matter is before the court on the United States' Motion for Reduction of Sentence pursuant to Rule 35(b) of the Federal Rules of Procedures.

Upon due consideration and based on the grounds cited, the United States' motion is **GRANTED**. Therefore, it is **ORDERED** that defendant Anthony Safford King's sentence as set out in the judgment entered on January 21, 2005 (Doc. 79) hereby is amended, and his term of imprisonment as to Count 2 is reduced from sixty (60) months to forty-two (42) months. This sentence shall run concurrently with the sentence the defendant is serving upon revocation of SRT in CR-98-14 of 18 months. All other terms and conditions of the sentence and judgment remain the same.

**DONE AND ORDERED** this 15th day of December, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE